IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,

    Plaintiff,          12cv0264
                                      **ELECTRONICALLY FILED**

    v.

DENNIS J. HURWITZ, M.D., ET AL.,

    Defendants.

### Order re: Defendant's Motion To Dismiss (Doc. No. 24)

AND NOW, this 18th day of May, 2012, IT IS HEREBY ORDERED THAT defendant Invasix' Motion to Dismiss (doc. no. 24) is GRANTED in PART and DENIED in PART. Count VIII (referred to as the second Count VII in doc. no. 1) of the Complaint (doc. no. 1) is DISMISSED. The Motion to Dismiss (doc. no. 24) is DENIED with respect to Counts VI, VII, and IX.

                                                           s/Arthur J. Schwab
                                                           Arthur J. Schwab
                                                           United States District Judge

cc: All Registered ECF Counsel and Parties