IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,

       Plaintiff,                      12cv0264

                                      **ELECTRONICALLY FILED**

       v.

DENNIS J. HURWITZ, M.D., ET AL.,

       Defendants.

### Order re: Defendant's Motion To Dismiss (Doc. No. 29)

AND NOW, this 1st day of June, 2012, IT IS HEREBY ORDERED that Essex Institutional Review Board's Motion to Dismiss (doc. no. 29) is DENIED without prejudice to defendant raising the issues set forth therein in a Motion for Summary Judgment at the appropriate time following discovery.

                                                      s/Arthur J. Schwab
                                                      Arthur J. Schwab
                                                      United States District Judge

cc: All Registered ECF Counsel and Parties