IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,

       Plaintiff,                            12cv0264

                                                **ELECTRONICALLY FILED**

       v.

DENNIS J. HURWITZ, MD, HURWITZ
CENTER FOR PLASTIC SURGERY, P.C.,
INVASIX, LTD, ESSEX INSTITUTIONAL
REVIEW BOARD, INC., and an UNKNOWN
ENTITY, agent for INVASIX, LTD.,

       Defendants.

## Order on Motion to Compel (doc. no. 70)

Pending before this Court is plaintiff's motion to compel discovery and documents against defendant Invasix, Ltd. (doc. no. 70), and defendant's response thereto (doc. no. 72). After reviewing defendant's response, it would appear that most, if not all of the issues raised by plaintiff's motion to compel have been resolved and therefore, are now moot, since defendant has produced, and continues, to this date, to produce responsive documents and communications. Defendant shall complete its final supplemental production of documents to plaintiff (as referenced in its response to the motion to compel), via hand delivery (or other mutually agreeable method), on or before July 18, 2012, at noon.

Plaintiff shall file a renewed motion to compel, if any, together with proposed order, on or before July 20, 2012, at noon, setting forth any remaining documents which plaintiff seeks that have not yet been produced. Defendant's response thereto, must be filed by Monday, July, 23, 2012, at 7:30 a.m., in light of the status conference scheduled for same date at 9:30 a.m.

To the extent that defendant objects to production of documents/communications on the basis of HIPAA and/or HITECH, those objections are overruled. The parties shall enter into and file an appropriate stipulated protective order consistent therewith.

**SO ORDERED** this 16th day of July, 2012.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties