IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

RAE SCHIFF,
       Plaintiff                              Civil Action: 2:12-cv-00264 AJS

vs.

DENNIS J. HURWITZ, M.D.;
HURWITZ CENTER FOR PLASTIC
SURGERY, P.C,; INVASIX, Ltd.;
ESSEX INSTITUTIONAL REVIEW
BOARD, Inc., and an UNKNOWN ENTITY,
agent for INVASIX, Ltd.
       Defendants.

ORDER *GRANTING DOC. NO. 74.*

Upon consideration of Plaintiff's Supplemental Motion to Compel Discovery *as to* *(Doc. No. 74)* defendant, Invasix, Ltd. ("Invasix"), ~~shall within five (5) days of the date of this Order,~~ *Defendant shall by 7/30/2012* *[and Reading Partner (Doc. No. 76)]* produce all "Documents" and "Communications", as those terms are defined in Plaintiff's *② Noon* First Request for Production of Documents with respect to the following whether or not such documents were prepared or dated on or after March 3, 2010; *as follows:*

   a) ~~All Documents and Communications between Invasix and the Federal Food and Drug Administration (FDA). Without limiting the foregoing, Invasix shall~~ *All* correspondence, emails, meeting minutes, memos to record, notes, writings and deficiency memoranda concerning Invasix's FDA §510(k) filings at K083696 & K100482, any supplements to those filings, any additional §510(k) filings that Invasix may have submitted to the FDA and all IDE or pre-IDE filings including those at I100693 and I090523; *and*

1

6. This Order is without prejudice the Plaintiff the above ordered production.

~~b) Counsel for Invasix is to forward a draft of a proposed confidentiality order to plaintiff's counsel within five (5) days of the date of this Order and is to produce all documents subject to the terms of the confidentiality order that this Court may enter no later than three (3) days after entry of such order.~~

Dated 7/23/2012

United States District Judge