IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,
   Plaintiff

Civil Action: 2:12-cv-00264 AJS

vs.

DENNIS J. HURWITZ, M.D.;
HURWITZ CENTER FOR PLASTIC SURGERY, P.C,; INVASIX, Ltd.;
ESSEX INSTITUTIONAL REVIEW BOARD, Inc., and an UNKNOWN ENTITY, agent for INVASIX, Ltd.
   Defendants.

ORDER ~~GRANTING~~ *Doc. No. 74.*

Upon consideration of Plaintiff's Supplemental Motion to Compel Discovery as to *(Doc. No. 74)* defendant, Invasix, Ltd. ("Invasix"), ~~shall within five (5) days of the date of this Order,~~ *Defendant shall by 7/30/2012* *(and Rreading Partic (doc. No. 76))* produce all "Documents" and "Communications," as those terms are defined in Plaintiff's *② Moon* First Request for Production of Documents with respect to the following whether or not such documents were prepared or dated on or after March 3, 2010; *as follows:*

 a) ~~All Documents and Communications between Invasix and the Federal Food and Drug Administration (FDA). Without limiting the foregoing, Invasix shall~~ *All* correspondence, emails, meeting minutes, memos to record, notes, writings and deficiency memoranda concerning Invasix's FDA §510(k) filings at K083696 & K100482, any supplements to those filings, any additional §510(k) filings that Invasix may have submitted to the FDA and all IDE or pre-IDE filings including those at I100693 and I090523; *and*

1

6. This Order is without prejudice the Plaintiff to seek additional documents after review of the above ordered production.

~~b) Counsel for Invasix is to forward a draft of a proposed confidentiality order to plaintiff's counsel within five (5) days of the date of this Order and is to produce all documents subject to the terms of the confidentiality order~~ that this Court may enter ~~no later than three (3) days after entry of such order.~~

Dated 7/23/2012

_____
United States District Judge