IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,

        Plaintiff,               12cv0264

                                         **ELECTRONICALLY FILED**

        v.

DENNIS J. HURWITZ, M.D., ET AL.,

        Defendants.

<u>Order on Motion to Compel</u>

Upon consideration of Plaintiff's Motion to Compel Discovery & Extend Time to

Produce Expert Reports & Take Expert Depositions (doc. no. 85), and Defendant's Response

thereto (doc. no. 86), Invasix shall produce any minutes of the telephone conference with FDA

held March 3, 2009 that are within the possession, custody, and/or control of Invasix, within 5

days of the date of this Order.

The Case Management Order (doc. no. 46) is further amended to read as follows:

a) Plaintiff's expert reports due by October 19, 2012.
b) Defendant's expert reports due by November 2, 2012.
c) Expert depositions completed by November 16, 2012

All other deadlines established by the Case Management Order (doc. no. 46) and the

Pretrial/Trial Order (doc. no. 47) shall remain as previously Ordered.  No Further extensions will

be permitted.

                         **SO ORDERED** this 21st day of August, 2012.

                         s/Arthur J. Schwab
                         Arthur J. Schwab
                         United States District Judge

cc:  All Registered ECF Counsel and Parties