IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAE SCHIFF,

    Plaintiff,                            12cv0264

                                      **ELECTRONICALLY FILED**

    v.

DENNIS J. HURWITZ, M.D., ET AL.,

    Defendants.

## Order on Motion to Compel

Upon consideration of Plaintiff's Motion to Compel Responses to Plaintiff's Requests for Admissions (doc. no. 91), and Defendant's Response thereto (doc. no. 92), said Motion is GRANTED.

Defendant, Dennis J. Hurwitz, M.D. shall, by October 8, 2012, amend his Answers to the following Requests for Admissions, specifying the basis for his denial or reason why he cannot unqualifiedly admit the Request: Request Numbers 6, 7, 9, 11, 13, 14, 16, 17, 18, 21, 40, 66, 67, 69, 70, 72, 75, 76, 78, 79, 81, 82 and 84.

Additionally, Defendant, Dennis J. Hurwitz, MD shall, by October 8, 2012, amend his Answers to the following Requests for Admissions where he has entered an improper objection by fully and completely responding to the Request: Request Numbers 3, 25 and 86.

Should Dr. Hurwitz fail to fully comply with the terms of this Order, Plaintiff shall file another Motion and the Court will take under advisement the Motion and whether the above Request for Admission(s) set forth in this Order shall be deemed admitted without qualification.

**SO ORDERED** this 1st day of October, 2012.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties